KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GENNADIY BRONTMAN, )<br>)<br>        Plaintiff, )<br>)<br>     v. )<br>)<br>Department of Homeland Security, )<br>Michael Chertoff, Secretary; United States )<br>Attorney General, Alberto R. Gonzales; )<br>United States Citizenship and Immigration )<br>Services, Emilio T. Gonzalez, Director; )<br>United States Citizenship and Immigration )<br>Services, Alfonso Aguilar, Chief; United )<br>States Citizenship and Immigration )<br>Services, David Still, District Director, )<br>)<br>        Defendants. )<br>_____ ) | No. C 06-6987 JCS<br><br>**STIPULATION TO DISMISS; AND**<br>**[~~PROPOSED~~] ORDER** |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

///

Stipulation to Dismiss
C 06-6987 JCS

1   Each of the parties shall bear their own costs and fees.

2   Date: January 2, 2007                                    Respectfully submitted,

3                                                            KEVIN V. RYAN
4                                                            United States Attorney

5

6
                                                             _____/s/_____
7                                                            ILA C. DEISS
                                                             Assistant United States Attorney
8                                                            Attorneys for Defendants

9

10

11

12  Date: January 2, 2007                                    _____/s/_____
                                                             MONICA KANE
13                                                           Attorney for Plaintiff

14

15                                          **ORDER**

16
    Pursuant to stipulation, IT IS SO ORDERED.
17

18

19

20  Date:   January 8, 2007

21

22

23

24

25

26

27

28

Stipulation to Dismiss
C 06-6987 JCS                                2